| PROB 22-DC (Rev 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran Court)* 1:08cr111-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Robert Edward Coughlin, II | DISTRICT  District of Columbia | DIVISION  U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE  Ellen Segal Huvelle | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/24/2009  TO 11/23/2012 |

| OFFENSE |
|---|
| Conflict of Interest, 18 USC §§ 208, 216(a)(2) |

**FILED MAR 11 2010 U.S. DISTRICT COURT**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/24/09
Date

*s/ Ellen S Huvelle*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/26/2010
Effective Date

s/ Kathryn H. Vratil
United States District Judge